UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF

IN RE: <u>Best Energy Services, Inc.</u>  }  CASE NUMBER <u>11-10286</u>
}
}
}
}
DEBTOR(S).  }  CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM <u>Apr 1, 2011</u>  TO <u>Apr 30, 2011</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address                  Attorney's Address
and Phone Number:                 and Phone Number:

 5433 Westheimer Road, #825

 Houston, Texas 77056

 713-933-2600

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 21st day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.justice.gov/ust/r20/index.htm.
1)     Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
**FOR THE PERIOD BEGINNING** ____Apr 2, 2011____ **AND ENDING**____Apr 29, 2011-**

Name Case Number ____11-10826____
Date of Petition: Feb 15

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | (100,677) (a) | (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | - | - |
| B. Accounts Receivable | | |
| B. A/R collections paid directly against financing | | - |
| C. Financing advances | | - |
| C. O C. Other Receipts *(See MOR-3)* | - | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | (100,677) | |
| 5. DISBURSEMENTS | | |
| A. Advertising | - | - |
| B. Bank Charges | - | |
| C. Contract Labor | - | |
| D. Fixed Asset Payments (not incl. in "N") | - | |
| E. Insurance | 12,113 | 28,593 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | - | |
| I. Office Supplies | 1,069 | 2,600 |
| J. Payroll - Net *(See Attachment 4B)* | 23,705 | 76,116 |
| K. Professional Fees (Accounting & Legal) | 224,379 | 224,379 |
| L. Rent | 6,855 | 19,023 |
| M. Repairs & Maintenance | - | |
| N. Secured Creditor Payments *(See Attach. 2)* | - | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 13,784 | 28,459 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | - | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | - | - |
| R. Telephone | - | |
| S. Travel & Entertainment | 850 | 3,129 |
| Y. U.S. Trustee Quarterly Fees | - | |
| U. Utilities | 1,440 | 2,573 |
| V. Vehicle Expenses | | |
| W. Funds transferred to other entities | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 284,195 | 384,872 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | (384,872) (c) | (384,872) (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.
This ____ day of ____July____, 2011.

_Deni Am_
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: _Best Energy Services, Inc._____ Case Number: _____11-10826___

Reporting Period beginning __Apr 1, 2011_____ Period ending _____Apr 30, 2011____

ACCOUNTS RECEIVABLE AT PETITION DATE:

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $_____ | (a) |
|    PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

MOR-4

## ATTACHMENT 2

### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  Best Energy Services, Inc.          Case Number:          11-10826

Reporting Period beginning __Apr 1, 2011__          Period ending          Apr 30, 2011

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | We are on a cash basis. A/P is $0 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                      _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

MOR-5

## SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | _____(d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-6

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  Best Energy Services, Inc.        Case Number:        11-10826

Reporting Period beginning    Apr 1, 2011        Period ending        Apr 30, 2011

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:        $

INVENTORY RECONCILIATION:

     Inventory Balance at Beginning of Month        $        None        (a)

       PLUS: Inventory Purchased During Month $

       MINUS: Inventory Used or Sold        $

       PLUS/MINUS: Adjustments or Write-downs        $        *

     Inventory on Hand at End of Month        $

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:    100,000        (b)

(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $    100,000 | (a)(b) |
|    MINUS:  Depreciation Expense | $    0 | |
|    PLUS:  New Purchases | $    0 | |
|    PLUS/MINUS: Adjustments or Write-downs | $    (70,000) | * |
| Ending Monthly Balance | $    30,000 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:  Most of the assets were auctioned in April for $70,000.  Most of the remaining assets were sold for $11,000. There are still computer equipment, office furniture and one vehicle remaining that have not been sold.

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-7

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:   Best Energy Services, Inc.          Case Number:          11-10826

Reporting Period beginning   Apr 1, 2011          Period ending          Apr 30, 2011

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____          BRANCH:

ACCOUNT NAME: _____          ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:          OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | $ |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ _____ **(a) |

.**Debit cards are used by**

**If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____0_____Transferred to Payroll Account
$_____0_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  Best Energy Services, Inc.          Case Number:          11-10826

Reporting Period beginning   Apr 1, 2011          Period ending          Apr 30, 2011

NAME OF BANK:    PNC Credit Bank                    BRANCH:   N/A

ACCOUNT NAME:    Master Account

ACCOUNT NUMBER:   ▮▮▮▮4915

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| See attached | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                        $

MOR-9

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: __Best Energy Services, Inc.__          Case Number: _____ 11-10826

Reporting Period beginning __Apr 1, 2011__          Period ending _____ Apr 30, 2011

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.justice.gov/ust/r20/index.htm.

NAME OF BANK: __None__          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____ PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | | | |
| _____ | _____ | | | |
| _____ | _____ | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | | | |
| | _____ | _____ | | |
| | _____ | _____ | | |
| | _____ | _____ | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
 "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:    Best Energy Services, Inc.          Case Number:_____  11-10826

Reporting Period beginning __Apr 1, 2011_____      Period ending _____ Apr 30, 2011___

NAME OF BANK: _____      BRANCH:_____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____●749

PURPOSE OF ACCOUNT: _____ PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |

TOTAL                                                                                        $

MOR-11

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: <u>Best Energy Services, Inc.</u>     Case Number: <u>11-10826</u>

Reporting Period beginning <u>Apr 1, 2011</u>     Period ending <u>Apr 30, 2011</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.justice.gov/ust/r20/index.htm.

NAME OF BANK: <u>None</u>     BRANCH:

ACCOUNT NAME: _____ACCOUNT NUMBER:

PURPOSE OF ACCOUNT: <u>TAX</u>

| | |
|---|---|
| Ending Balance per Bank Statement | $ |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Ousistanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:   ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-12

# ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _Best Energy Services, Inc._  Case Number: _11-10826_

Reporting Period beginning _Apr 1, 2011_  Period ending _Apr 30, 2011_

NAME OF BANK: _None_  BRANCH: _None_

ACCOUNT NAME: _None_  ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | Tax payments are made from checking account. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid _____(a)
Sales & Use Taxes Paid _____(b)
Other Taxes Paid _____(c)
TOTAL _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

MOR-13

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| None | | | |
| | | | |

**TOTAL** $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)** $ ___
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-14

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: __Best Energy Services, Inc.__         Case Number: _____11-10826_

Reporting Period beginning __Apr 1, 2011__     Period ending _____Apr 30, 2011_

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 5/11 | FICA and w/h* | 4,315.57 | Not due | Q2 2011 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 4,315.57 | | |

\* This amount was paid in May 2011.

MOR-15

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: __Best Energy Services, Inc.__                Case Number: _____11-10826__

Reporting Period beginning __Apr 1, 2011__        Period ending _____Apr 30, 2011__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Mark Harrington | CEO | Salary | $19,538.72 |
| Dennis Irwin | CFO | Salary | $10,500.00 |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 4 | |
| Number hired during the period | 0 | |
| Number terminated or resigned during period | 2 | |
| Number of employees on payroll at end of period | 2 | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Dean & Draper | 713-527-0444 | No changes | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| None | | | |
| | | | |

G        Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-16

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

<u>None</u>

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before __(Information to come.)

| Date | Type | Check # | Payee | Purpose | Amount |
|------|------|---------|-------|---------|--------|
| 04/06/2011 | Check | wire15 | Fed tax | O. Taxes Paid - Payroll (See Attachment 4C) | 4,798.36 |
| 04/07/2011 | Bill Pmt -Chec | 11287 | tony Bruce | L. Rent | 5,000.00 |
| 04/07/2011 | Check | 11288 | Linda Hargrave | L. Rent | 2,000.00 |
| 04/07/2011 | Check | 11289 | Mark G Harrington | S. Travel & Entertainment | 600.00 |
| 03/31/2011 | Paycheck | 11281 | Mark G Harrington | S. Travel & Entertainment | 250.00 |
| 02/25/2011 | Bill Pmt -Chec | 11290 | Comcast | I. Office Supplies | 130.81 |
| 04/07/2011 | Bill Pmt -Chec | 11291 | 5433 Westheimer, L.P. | L. Rent | 4,855.00 |
| 04/13/2011 | Check | 11292 | Pamela Abner | I. Office Supplies | 190.00 |
| 04/15/2011 | Check | 11296 | Ranita J Johnson | J. Payroll - Net (See Attachment 4B) | 1,305.22 |
| 04/15/2011 | Check | 11293 | Ranita J Johnson | I. Office Supplies | 19.80 |
| 04/15/2011 | Check | 11295 | Mark G Harrington | J. Payroll - Net (See Attachment 4B) | 7,459.39 |
| 04/15/2011 | Check | 11295 | Mark G Harrington | U. Utilities | 300.00 |
| 04/15/2011 | Check | 11294 | Dennis H Irwin | I. Office Supplies | 607.85 |
| 04/15/2011 | Check | 11294 | Dennis H Irwin | J. Payroll - Net (See Attachment 4B) | 4,393.37 |
| 04/15/2011 | Check | 11294 | Dennis H Irwin | U. Utilities | 200.00 |
| 04/15/2011 | Check | 11284 | Tony Bruce | L. Rent | 5,000.00 |
| 04/15/2011 | Liability Check | wire12 | Fed tax | O. Taxes Paid - Payroll (See Attachment 4C) | 1,098.05 |
| 04/18/2011 | Bill Pmt -Chec | 11301 | AppRiver | I. Office Supplies | 142.56 |
| 04/18/2011 | Bill Pmt -Chec | 11297 | PAD Technologies | U. Utilities | 375.51 |
| 04/19/2011 | Liability Check | 11299 | Southern Pioneer | U. Utilities | 503.74 |
| 04/19/2011 | Check | void11276 | Southern Pioneer | U. Utilities | -478.07 |
| 04/20/2011 | Liability Check | wire16 | Fed tax | O. Taxes Paid - Payroll (See Attachment 4C) | 4,401.90 |
| 04/20/2011 | WIre | wire4 | Correction | O. Taxes Paid - Payroll (See Attachment 4C) | 20.00 |
| 04/20/2011 | wire | wire6 | Correction | E. Insurance | 125.63 |
| 04/20/2011 | wire | wire7 | Correction | O. Taxes Paid - Payroll (See Attachment 4C) | 1,511.54 |
| 04/20/2011 | Check | 11282 | Correction | O. Taxes Paid - Payroll (See Attachment 4C) | 0.01 |
| 04/20/2011 | WIre | wire12 | Correction | O. Taxes Paid - Payroll (See Attachment 4C) | 21.78 |
| 04/18/2011 | Check | 11300 | Night Owl Security | M. Repairs & Maintenance | 500.00 |
| 04/25/2011 | Check | 11334 | Doyen Sebasta | K. Professional Fees (Accounting & Legal) | 5,000.00 |
| 04/25/2011 | Check | 11305 | PAD Technologies | U. Utilities | 375.51 |
| 04/25/2011 | Check | 11305 | PAD Technologies | U. Utilities | 187.76 |
| 04/28/2011 | Check | wire17 | afco | E. Insurance | 2,512.67 |
| 04/28/2011 | Check | 11319 | Ranita J Johnson | J. Payroll - Net (See Attachment 4B) | 650.00 |
| 04/28/2011 | Check | 11319 | Ranita J Johnson | I. Office Supplies | 33.80 |
| 04/25/2011 | Check | 11304 | Dennis H Irwin | U. Utilities | 1,456.85 |
| 04/29/2011 | Check | 11307 | Mark G Harrington | J. Payroll - Net (See Attachment 4B) | 7,459.39 |
| 04/29/2011 | Check | 11309 | Dennis H Irwin | J. Payroll - Net (See Attachment 4B) | 4,393.38 |
| 04/29/2011 | Check | 11347 | Texas Workforce Commission | O. Taxes Paid - Payroll (See Attachment 4C) | 100.42 |
| 04/29/2011 | Check | wire18 | Fed tax | O. Taxes Paid - Payroll (See Attachment 4C) | 4,315.57 |
| 04/29/2011 | Check | wire19 | Fed unemployment tax | O. Taxes Paid - Payroll (See Attachment 4C) | 168.00 |
| 04/29/2011 | Check | 11310 | Starmark | E. Insurance | 9,474.92 |
| 04/28/2011 | Liability Check | | Fed unemployment tax | O. Taxes Paid - Payroll (See Attachment 4C) | 16.00 |
| 04/28/2011 | Liability Check | 11346 | Texas Workforce Commission | O. Taxes Paid - Payroll (See Attachment 4C) | 33.75 |
| 04/28/2011 | Liability Check | 11348 | Kansas Employment Security Fund | O. Taxes Paid - Payroll (See Attachment 4C) | 94.50 |
| 04/29/2011 | Check | wire20 | Maupin's Truck Parts, INC | M. Repairs & Maintenance | 16,000.00 |

We do not track our checking account and our master account separately, because the checking

account sweeps to the master account every night.

All amounts are shown as if they were paid when requested. Due to logistics with our banking account, some were paid in March.

The payroll tax items that had not been settled on time are shown on page 15.

# Corporate Business Account Statement

 **PNC BANK**

**For the period    04/01/2011 to 04/30/2011**

BEST ENERGY SERVICES INC
DEBTOR IN POSSESSION
5433 WESTHEIMER RD STE 825
HOUSTON TX 77056-5342

Number of enclosures:    0
Tax ID Number: ████████
☎ For Client Services:
   Call 1-877-824-5001

🖥 Visit us at www.treasury.pncbank.com

✉ Write to:  Client Services
   Two Tower Center, 17TH Floor

   East Brunswick NJ 08816-1090

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | 61,207.44 | 61,207.44 | .00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 22 | 51,839.18 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 3 | 9,368.26 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 14 | 61,207.44 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 0 | .00 |
| Total | 14 | 61,207.44 | Total | 25 | 61,207.44 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | .00 | 04/11 | .00 | 04/21 | .00 |
| 04/04 | .00 | 04/12 | .00 | 04/22 | .00 |
| 04/05 | .00 | 04/18 | .00 | 04/26 | .00 |
| 04/07 | .00 | 04/19 | .00 | 04/27 | .00 |
| 04/08 | .00 | 04/20 | .00 | 04/29 | .00 |

## Deposits and Other Credits

### Zero Balance Transfers                    14 transactions for a total of $61,207.44

| Date posted | Amount | Transaction description |
|---|---|---|
| 04/04 | 3,918.65 | Funds Transfer From Acct ████4915 |
| 04/05 | 12,102.77 | Funds Transfer From Acct ████4915 |
| 04/07 | 34.16 | Funds Transfer From Acct ████4915 |
| 04/08 | 4,798.36 | Funds Transfer From Acct ████4915 |
| 04/11 | 2,725.31 | Funds Transfer From Acct ████4915 |
| 04/12 | 2,594.44 | Funds Transfer From Acct ████4915 |
| 04/18 | 13,281.42 | Funds Transfer From Acct ████4915 |
| 04/19 | 6,305.22 | Funds Transfer From Acct ████4915 |
| 04/20 | 4,855.40 | Funds Transfer From Acct ████4915 |

Zero Balance Transfers continued on next page

# Corporate Business Account Statement

## Deposits and Other Credits   - continued

### Zero Balance Transfers   - continued          14 transactions for a total of $61,207.44

| Date posted | Amount | Transaction description |
|---|---|---|
| 04/21 | 4,401.90 | Funds Transfer From Acct ████4915 |
| 04/22 | 503.74 | Funds Transfer From Acct ████4915 |
| 04/26 | 375.51 | Funds Transfer From Acct ████4915 |
| 04/27 | 5,000.00 | Funds Transfer From Acct ████4915 |
| 04/29 | 310.56 | Funds Transfer From Acct ████4915 |

## Checks and Other Debits

### Checks and Substitute Checks          22 transactions for a total of $51,839.18

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/04 | Sum. 2 | 3,918.65 | Summary | 04/12 | Sum. 2 | 2,594.44 | Summary | 04/22 | Sum. 1 | 503.74 | Summary |
| 04/05 | Sum. 2 | 12,102.77 | Summary | 04/18 | Sum. 4 | 13,281.42 | Summary | 04/26 | Sum. 1 | 375.51 | Summary |
| 04/07 | Sum. 1 | 34.16 | Summary | 04/19 | Sum. 2 | 6,305.22 | Summary | 04/27 | Sum. 1 | 5,000.00 | Summary |
| 04/11 | Sum. 4 | 2,725.31 | Summary | 04/20 | Sum. 1 | 4,855.40 | Summary | 04/29 | Sum. 1 | 142.56 | Summary |

### ACH Debits          3 transactions for a total of $9,368.26

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/08 | 4,798.36 | Corporate ACH Usataxpymt IRS ████ | ████ |
| 04/21 | 4,401.90 | Corporate ACH Usataxpymt IRS ████ | ████ |
| 04/29 | 168.00 | Corporate ACH Usataxpymt IRS ████ | |

## Check and Substitute Check Summary
* Gap in check sequence

| Check number | | Amount | Date paid | Reference number | Check number | | Amount | Date paid | Reference number | Check number | | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11270 | * | 864.10 | 04/12 | ████ | 11282 | | 4,393.38 | 04/05 | ████ | 11292 | | 190.00 | 04/18 | ████ |
| 11271 | | 3,500.00 | 04/04 | ████ | 11284 | * | 5,000.00 | 04/27 | ████ | 11294 | * | 5,201.22 | 04/18 | ████ |
| 11274 | * | 102.09 | 04/11 | ████ | 11287 | * | 5,000.00 | 04/19 | ████ | 11295 | | 7,759.39 | 04/18 | ████ |
| 11275 | | 34.16 | 04/07 | ████ | 11288 | | 2,000.00 | 04/11 | ████ | 11296 | | 1,305.22 | 04/19 | ████ |
| 11277 | * | 23.22 | 04/11 | ████ | 11289 | | 600.00 | 04/11 | ████ | 11297 | | 375.51 | 04/26 | ████ |
| 11278 | | 1,730.34 | 04/12 | ████ | 11290 | | 130.81 | 04/18 | ████ | 11299 | * | 503.74 | 04/22 | ████ |
| 11279 | | 418.65 | 04/04 | ████ | 11291 | | 4,855.40 | 04/20 | ████ | 11301 | * | 142.56 | 04/29 | ████ |
| 11281 | * | 7,709.39 | 04/05 | ████ | | | | | | | | | | |

# Corporate Business Account Statement

 **PNC BANK**

**For the period   04/01/2011 to 04/29/2011**

BEST ENERGY SERVICES INC
DEBTOR IN POSSESSION
5433 WESTHEIMER RD STE 825
HOUSTON TX 77056-5342

Number of enclosures:   0
Tax ID Number: ████████████
☎ For Client Services:
    Call 1-877-824-5001

🖳 Visit us at www.treasury.pncbank.com

✉ Write to:  Client Services
    Two Tower Center, 17TH Floor
    East Brunswick NJ 08816-1090

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 8,421.87 | 82,854.36 | 92,299.56 | 1,023.33- |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 3 | 9,196.96 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 14 | 61,207.44 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 6 | 82,854.36 | Other Debits | 2 | 21,895.16 |
| Total | 6 | 82,854.36 | Total | 19 | 92,299.56 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 2,588.62 | 04/12 | 13,658.36- | 04/21 | 5,145.49- |
| 04/04 | 1,330.03- | 04/13 | 6,488.48 | 04/22 | 6,986.52 |
| 04/05 | 13,432.80- | 04/18 | 10,156.65- | 04/26 | 6,611.01 |
| 04/07 | 13,466.96- | 04/19 | 4,111.81 | 04/27 | 1,611.01 |
| 04/08 | 18,265.32- | 04/20 | 743.59- | 04/29 | 1,023.33- |
| 04/11 | 20,990.63- | | | | |

## Deposits and Other Credits

### Other Credits                                 6 transactions for a total of $82,854.36

| Date posted | | Transaction description | Reference number |
|---|---|---|---|
| 04/01 | 19,571.38 | Advance | ████████████ |
| 04/12 | 9,926.71 | Advance | ████████████ |
| 04/13 | 20,146.84 | Advance | ████████████ |
| 04/19 | 20,573.68 | Advance | ████████████ |
| 04/22 | 7,122.80 | Advance | ████████████ |
| 04/22 | 5,512.95 | Advance | ████████████ |

# Corporate Business Account Statement

## Checks and Other Debits

### Funds Transfers Out

3 transactions for a total of $9,196.96

| Date posted | Tra nsaction Amount | description | Reference number |
|---|---|---|---|
| 04/01 | 3,320.58 | Fed Wire Out ●●●● | ●●●●●● |
| 04/01 | 2,512.67 | Fed Wire Out ●●●● | |
| 04/18 | 3,363.71 | Fed Wire Out ●●●● | ●●●●●● |

### Zero Balance Transfers

14 transactions for a total of $61,207.44

| Date posted | Amount | Transaction description |
|---|---|---|
| 04/04 | 3,918.65 | Funds Transfer To  Acct ●●●●4878 |
| 04/05 | 12,102.77 | Funds Transfer To  Acct ●●●●4878 |
| 04/07 | 34.16 | Funds Transfer To  Acct ●●●●4878 |
| 04/08 | 4,798.36 | Funds Transfer To  Acct ●●●●4878 |
| 04/11 | 2,725.31 | Funds Transfer To  Acct ●●●●4878 |
| 04/12 | 2,594.44 | Funds Transfer To  Acct ●●●●4878 |
| 04/18 | 13,281.42 | Funds Transfer To  Acct ●●●●4878 |
| 04/19 | 6,305.22 | Funds Transfer To  Acct ●●●●4878 |
| 04/20 | 4,855.40 | Funds Transfer To  Acct ●●●●4878 |
| 04/21 | 4,401.90 | Funds Transfer To  Acct ●●●●4878 |
| 04/22 | 503.74 | Funds Transfer To  Acct ●●●●4878 |
| 04/26 | 375.51 | Funds Transfer To  Acct ●●●●4878 |
| 04/27 | 5,000.00 | Funds Transfer To  Acct ●●●●4878 |
| 04/29 | 310.56 | Funds Transfer To  Acct ●●●●4878 |

### Other Debits

2 transactions for a total of $21,895.16

| Date posted | Tra nsaction Amount | description | Reference number |
|---|---|---|---|
| 04/01 | 19,571.38 | Advance | ●●●●●● |
| 04/29 | 2,323.78 | Corporate Account Analysis Charge | ●●●●●● |

# Corporate Business Account Statement

 **PNC BANK**

**For the period   04/01/2011 to 04/29/2011**

BEST ENERGY SERVICES INC
DEBTOR IN POSSESSION
1010 LAMAR ST FL 12
HOUSTON TX 77002-6311

Number of enclosures:    0
Tax ID Number: ████████
☎ For Client Services:
   Call 1-877-824-5001

🖥 Visit us at www.treasury.pncbank.com

✉ Write to:  Client Services
   Two Tower Center, 17TH Floor
   East Brunswick NJ 08816-1090

---

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | 118,698.51 | 118,698.51 | .00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 4 | 30,451.08 | Returned Items | 0 | .00 |
| ACH Credits | 5 | 76,747.43 | ACH Debits | 0 | .00 |
| Funds Transfers In | 2 | 11,500.00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 11 | 118,698.51 |
| Total | 11 | 118,698.51 | Total | 11 | 118,698.51 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | .00 | 04/12 | 10,000.00 | 04/22 | 1,500.00 |
| 04/04 | 55,100.61 | 04/13 | 1,260.96 | 04/25 | .00 |
| 04/05 | .00 | 04/14 | .00 | 04/27 | 6,770.00 |
| 04/06 | 2,640.24 | 04/18 | 11,348.47 | 04/28 | 21,903.12 |
| 04/07 | .00 | 04/19 | .00 | 04/29 | .00 |
| 04/11 | 8,175.11 | | | | |

---

## Deposits and Other Credits

### National Lockbox                     4 transactions for a total of $30,451.08

| Date posted | Tra Amount | nsaction description | Reference number |
|---|---|---|---|
| 04/13 | 800.00 | Whls Lbx Dep ████ | ████ |
| 04/18 | 977.96 | Whls Lbx Dep ████ | ████ |
| 04/27 | 6,770.00 | Whls Lbx Dep ████ | ████ |
| 04/28 | 21,903.12 | Whls Lbx Dep ████ | ████ |

# Corporate Business Account Statement

BEST ENERGY SERVICES INC
DEBTOR IN POSSESSION

## Deposits and Other Credits  - continued

### ACH Credits

5 transactions for a total of $76,747.43

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/04 | 55,100.61 | Corporate ACH ⬛⬛⬛⬛<br>Merit Energy Com ⬛⬛ | ⬛⬛⬛⬛⬛ |
| 04/06 | 2,640.24 | Corporate ACH ⬛⬛⬛⬛<br>Merit Energy Com ⬛⬛ | ⬛⬛⬛⬛⬛ |
| 04/11 | 8,175.11 | Corporate ACH ⬛⬛⬛⬛<br>Merit Energy Com ⬛⬛ | ⬛⬛⬛⬛⬛ |
| 04/13 | 460.96 | Corporate ACH ⬛⬛⬛⬛<br>Merit Energy Com ⬛⬛ | ⬛⬛⬛⬛⬛ |
| 04/18 | 10,370.51 | Corporate ACH ⬛⬛⬛⬛<br>Merit Energy Com ⬛⬛ | ⬛⬛⬛⬛⬛ |

### Funds Transfer In

2 transactions for a total of $11,500.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/12 | 10,000.00 | Fed Wire In ⬛⬛ | ⬛⬛⬛ |
| 04/22 | 1,500.00 | Fed Wire In ⬛⬛ | ⬛⬛⬛ |

## Checks and Other Debits

### Other Debits

11 transactions for a total of $118,698.51

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/05 | 55,100.61 | Payment | ⬛⬛⬛ |
| 04/07 | 2,640.24 | Payment | ⬛⬛⬛⬛ |
| 04/12 | 8,175.11 | Payment | ⬛⬛⬛⬛ |
| 04/13 | 10,000.00 | Payment | ⬛⬛⬛⬛ |
| 04/14 | 800.00 | Payment | ⬛⬛⬛⬛ |
| 04/14 | 460.96 | Payment | ⬛⬛⬛⬛ |
| 04/19 | 10,370.51 | Payment | ⬛⬛⬛⬛ |
| 04/19 | 977.96 | Payment | ⬛⬛⬛⬛ |
| 04/25 | 1,500.00 | Payment | ⬛⬛⬛⬛ |
| 04/28 | 6,770.00 | Payment | ⬛⬛⬛⬛ |
| 04/29 | 21,903.12 | Payment | ⬛⬛⬛⬛ |